_____

No. 96-2776
_____

United States of America,    *
                             *
            Appellee,        *
                             *  Appeal from the United States
     v.                      *  District Court for the
                             *  Eastern District of Missouri.
Andy Lawuary,                *
                             *        [UNPUBLISHED]
            Appellant.       *

_____

Submitted:  October 31, 1996

Filed:  November 27, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Andy Lawuary, an African-American, challenges the 210-month sentence imposed by the district court[1] after he pleaded guilty to possessing cocaine and cocaine base (crack) with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  We affirm.

At issue is Lawuary's offense-level calculation, which was derived from the penalty scheme set forth in 21 U.S.C. § 841(b)(1), providing the same penalties for given amounts of crack and 100 times greater amounts of powder cocaine.  Lawuary argues that the 100-to-1 ratio has a disproportionate adverse effect on African-

_____

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

Americans; Congress's rejection of the Sentencing Commission's proposed amendment to the Sentencing Guidelines--which would have eliminated the 100-to-1 ratio and equalized the penalties for crack and powder cocaine-- evidences a discriminatory purpose on Congress's part in maintaining the penalty scheme; and, thus, continued application of the scheme violates his Fifth Amendment equal protection and due process rights.

We recently rejected similar arguments in <u>United States v. Carter</u>, 91 F.3d 1196, 1198-99 (8th Cir. 1996) (per curiam).

Accordingly, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.